**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RECEIVED

NOV 17 2020

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

|  |  |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>Individuals, Partnerships, and Unincorporated Associations identified in **Schedule "A"**.<br><br>    Defendants. | CASE NO. _____<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL AND/OR REDACTED DOCUMENTS FOR GOOD CAUSE** |

Plaintiff 3M Company ("3M" or "Plaintiff"), by and through its undersigned attorneys, and pursuant to Local Civil Rule 5.6, hereby moves for leave to file a redacted version of the following documents and/or temporarily file the following documents under seal: (1) Schedule A to the Complaint, which includes a list of eBay Seller Identities used by Defendants; and (2) the Declaration of Michael Gannon submitted with Plaintiff's memorandum of law in support of its *ex parte* motion for a temporary restraining order including temporary asset restraint and expedited discovery, which contains screenshots and information from Defendants' Internet Store listings that would divulge their Seller Identities.

Plaintiff's motion is based upon this Motion, the Memorandum in Support of this Motion, and all of the papers and proceedings in this matter.



SCANNED
NOV 17 2020
U.S. DISTRICT COURT MPLS

Dated: November 17, 2020

**GREENE ESPEL PLLP**

s/ Sybil L. Dunlop
Jenny Gassman-Pines, Reg. No. 386511
Sybil L. Dunlop, Reg. No. 0390186
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
jgassman-pines@greeneespel.com
sdunlop@greeneespel.com
(612) 373-0830

**PIRKEY BARBER PLLC**

Christopher Weimer (pro hac vice forthcoming)
Alexandra Bistline (pro hac vice forthcoming)
David Armendariz (pro hac vice forthcoming)
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone:    (512) 322-5200
Facsimile:     (512) 322-5201
cweimer@pirkeybarber.com
abistline@pirkeybarber.com
darmendariz@pirkeybarber.com

*Attorneys for Plaintiff 3M Company*