# RECEIVED

NOV 17 2020

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

3M COMPANY,

       Plaintiff,

vs.

Individuals, Partnerships, and
Unincorporated Associations identified
in **Schedule "A"**.

       Defendants.

CASE NO. _____

## STATEMENT INSTEAD OF REDACTION

Pursuant to Local Rule 5.6, and our Motion to Seal, 3M seeks to file the following

documents under seal because the documents have been designated as confidential and

redaction is not possible:

1. Schedule A to Complaint;

2. Declaration of Michael L. Gannon; and

3. Exhibits 1 – 7 to Declaration of Michael L. Gannon.

Dated: November 17, 2020

**GREENE ESPEL PLLP**

s/ Sybil L. Dunlop
Jenny Gassman-Pines, Reg. No. 386511
Sybil L. Dunlop, Reg. No. 0390186
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
jgassman-pines@greeneespel.com
sdunlop@greeneespel.com
(612) 373-0830



SCANNED
NOV 17 2020
U.S. DISTRICT COURT MPLS

**PIRKEY BARBER PLLC**

Christopher Weimer (pro hac vice forthcoming)
Alexandra Bistline (pro hac vice forthcoming)
David Armendariz (pro hac vice forthcoming)
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone:    (512) 322-5200
Facsimile:    (512) 322-5201
cweimer@pirkeybarber.com
abistline@pirkeybarber.com
darmendariz@pirkeybarber.com

*Attorneys for Plaintiff 3M Company*