# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M Company, | Case No. 20-cv-2348 (SRN/BRT) |
| Plaintiff, | |
| v. | |
| Individuals, Partnerships, and Unincorporated Associations identified in Schedule "A", | **ORDER OF RECUSAL** |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Date: November 18, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge