# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>      Plaintiff,<br><br>  vs.<br><br>Individuals, Partnerships, and Unincorporated Associations identified in **Schedule "A"**.<br><br>      Defendants. | **CASE NO. 20-CV-2348 (SRN/TNL)**<br><br>**NOTICE REGARDING ATTEMPTS TO MEET AND CONFER** |

PLEASE TAKE NOTICE that pursuant to this Court's Order of November 20, 2020, the Court authorized expedited discovery to assist in ascertaining the identity of the Defendants identified in Schedule "A" to the Complaint filed in this action, and further ordered that the parties meet and confer regarding the setting of a hearing date and a briefing schedule for a preliminary injunction motion, and thereafter update the Court.

Plaintiff, by and through counsel, hereby notifies the Court that it has received information through the service of expedited discovery from which it believes Defendants' identities can be ascertained, but has not yet established contact with Defendants or their representatives. Plaintiff will continue in its efforts to identify and contact Defendants and will update the Court on the status of its meet and confer regarding the setting of a hearing date and a briefing schedule for a preliminary injunction at its earliest opportunity, and, in any event, no later than 21 days from the date of filing of this Notice.

Dated: December 21, 2020

*/s/ Christopher M. Weimer*

**GREENE ESPEL PLLP**

Jenny Gassman-Pines, Reg. No.
Sybil L. Dunlop, Reg. No. 0390186
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Jgassman-pines@greeneespel.com
sdunlop@greeneespel.com
 (612) 373-0830

**PIRKEY BARBER PLLC**

Christopher Weimer (pro hac vice forthcoming)
Alexandra Bistline (pro hac vice forthcoming)
David Armendariz (pro hac vice forthcoming)
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
cweimer@pirkeybarber.com
abistline@pirkeybarber.com
darmendariz@pirkeybarber.com

*Attorneys for Plaintiff 3M Company*